UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

JONAS ANTONIO BRITO,

               Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

20-CR-200 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, March 23, 2020, at 10:30 a.m., is adjourned *sine die*. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
      March 17, 2020

                                              /s/ Kimba M. Wood /
                                            KIMBA M. WOOD
                                       United States District Judge