USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

JONAS BRITO,

        Defendant.
-----------------------------------------------------------------x

Order
20 CR 200 (KMW)

KIMBA M. WOOD, U.S.D.J.

Upon the application of the defendant, Jonas Brito, and on consent of the Government, the defendant's application for bail pursuant to 18 U.S.C. § 3142(c) is GRANTED. The Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

1. A personal recognizance bond in the amount of $25,000, to be signed by the defendant and two financially responsible persons;
2. Pretrial Services supervision as directed by the Pretrial Services Office;
3. Travel restricted to the Southern District of New York and the Eastern District of New York;
4. Surrender all passports and other travel documents and make no applications for new or replacement documents;
5. Mr. Brito shall be monitored for the first fourteen days of release by voice verification over a land line, a third party custodian, daily FaceTime check-in on an iPhone, or an alternative means as determined by the Pretrial Services Office. Mr. Brito must return to the courthouse on the 15th day or as directed by the Pretrial Services Office for the installation of electronic monitoring equipment;
6. Mr. Brito shall self-quarantine at home for fourteen days after release;
7. Mr. Brito shall be released upon his own signature on the bond. Mr. Brito shall be released directly from the Metropolitan Correctional Center within 24 hours of the entry of this order and shall sign the bond remotely;
8. Mr. Brito has until Monday, April 20, 2020 to meet these conditions.

SO ORDERED.

Dated: New York, New York
April 3, 2020

*Kimba M. Wood*
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK