

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2020

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Brito**, 20 Cr. 200 (KMW)

Dear Judge Wood:

    On or about March 17, 2020, the Court adjourned the next pretrial conference in this case *sine dine*, and excluded time under the Speedy Trial Act. (ECF No. 10.) The Court incorporated by reference the standing order 20-MISC-154, which excluded time to April 27, 2020. In light of the additional standing orders issued in this District, *see, e.g.*, 20mc196 (April 20, 2020), the Government moves out of an abundance of caution to exclude time to the next pretrial conference date set by the Court, which will likely be after April 27, 2020. The Government has produced discovery to defense counsel, and defense counsel does not object to this request.

                                  Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

               by: _/s/ Peter Davis_____
                                  Peter J. Davis
                                  Assistant United States Attorneys
                                  (212) 637-2468

cc (by ECF):   Marne Lenox, Esq.