

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2020

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Brito**, 20 Cr. 200 (KMW)

Dear Judge Wood:

      After discussions with pretrial services, the parties have agreed to remove GPS location monitoring as a condition of the defendant's release. Accordingly, the parties respectfully request that the Court modify the defendant's conditions of release to remove that condition. All other conditions set by the Court would remain in place.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: _/s/ Peter Davis_____
     Peter J. Davis
     Assistant United States Attorneys
     (212) 637-2468

cc: Marne Lenox, Esq. (by ECF)
    Pretrial Services (by Email)