```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/23/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

JONAS ANTONIO BRITO,

          Defendant.
----------------------------------------------------------X

20-CR-200 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, June 30, 2020, is adjourned to July 21, 2020, at 11:00 a.m. Pursuant to Standing Order 20-MC-196, the running of speedy-time is suspended.

    SO ORDERED.

Dated: New York, New York
       June 23, 2020

                                        /s/ Kimba M. Wood /
                                        KIMBA M. WOOD
                                  United States District Judge