UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JONAS ANTONIO BRITO,

                   Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/15/20
```

20-CR-200 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, July 20, 2020, is adjourned to September 8, 2020, at 2:00 p.m. Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
      July 15, 2020

                                                  /s/ Kimba M. Wood /
                                                 KIMBA M. WOOD
                                      United States District Judge