# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*



Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*



September 29, 2020

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**RE:  United States v. Jonas Brito**
   **20 Cr. 200 (KMW)**

Honorable Judge Wood:

A status conference in the above-captioned case is currently scheduled for October 7, 2020 at 2PM. Given the current COVID-19 pandemic, the parties respectfully request that the October 7 conference be adjourned for approximately 45 days. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

*The conference is adjourned to December 3, 2020, at 2:00p.m.*

Respectfully submitted,

/s/ Marne Lenox
Marne Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Peter Davis, Assistant U.S. Attorney

SO ORDERED:  N.Y., N.Y.  9/30/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.