USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA

-against

JONAS ANTONIO BRITO,

Defendant.
---------------------------------------------------------------x

**ORDER**
20 CR 200 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Thursday, December 3, 2020, at 2:00 p.m.

To join the telephone conference, the parties should dial 888-363-4749, and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
November 24, 2020

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE