**VIOLATION MEMORANDUM**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/21
```

TO:   **HONORABLE KIMBA WOODS**
       United States District Court Judge

FROM: Vincent B. Adams
       United States Pretrial Services Officer

RE: Brito, Jonas
DOCKET#: 20-CR-200-1

The attached memorandum was prepared by Pretrial Services Officer:

| Vincent B. Adams | 914-390-4139 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in

       Courtroom # _____ on _____ at _____.
                                    Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

       [ ]   The presiding Magistrate Judge in courtroom # 5A.

       [ ]   The District Court Judge presiding in Part I.

       [ ]   _____ at his/her earliest convenience.
              Judicial Officer

[X]   Bail modified as recommended

[ ]   A bench warrant shall be issued for the defendant's arrest

[ ]   So ordered: _Kimba M. Wood_____    Date  2/10/21