# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC S!
DOCUM  NT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/21

March 9, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Jonas Brito**
      **20 Cr. 200 (KMW)**

Honorable Judge Wood:

    The parties jointly respectfully request that the trial in the above-captioned case for Jonas Brito, currently scheduled for April 5, 2021, be adjourned to a date in the third quarter. In addition, the Government requests, with consent from the defense, 30 days to respond to the defense's pretrial motion to dismiss the Indictment.

    At a December 3, 2020 status conference in the above-captioned case, the Court ordered the defense to file pretrial motions by February 5, 2021 and set an April 5, 2021 trial date in this matter. On February 5, 2021, the Court granted the defense's request for an extension of time to file motions in this matter. The Court ordered the defense to file motions by March 5, 2021.

    On March 5, 2021, the defense filed a pretrial motion to dismiss the Indictment. The Government now respectfully requests, with the consent of the defense, one month to respond to the defense's motion. Further, given the unresolved motion and the Government's request for time to respond, the parties understand that the April 5, 2021 must be adjourned. Accordingly, the parties jointly respectfully request that Mr. Brito's trial be adjourned to a date in the third quarter.

    The Government also requests, with the consent of defense counsel, that the Court exclude time through the newly scheduled trial date under the Speedy Trial Act.[1] Such an exclusion would be in the interests of justice as it would allow for motion practice and for the parties time to

---

[1] Speedy trial time is now excluded through the currently scheduled trial date, April 5, 2021.

continue discussions concerning pretrial dispositions of this matter. <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

*The Government's response is due by April 5, 2021. Any reply is due by April 19, 2021. Trial is adjourned to July 12, 2021. Time is excluded through July 12, 2021, pursuant to 18 USC 3161(h)(7)(A). The conference scheduled for March 17 is adjourned to May 3, 2021, at 12:00 p.m.*

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc: Peter Davis, Assistant U.S. Attorney (by ECF)

SO ORDERED: N.Y., N.Y. 3/9/21

*Kimba M. Wood*
KIMBA M. WOOD
USDJ

2