# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/21

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

March 23, 2021

**BY ECF**
The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **United States v. Jonas Brito**
**20 Cr. 200 (KMW)**

# MEMO ENDORSED

Honorable Judge Wood:

I write to request a bail modification for Jonas Brito in the above-captioned case to allow Mr. Brito to reside in Pennsylvania and be supervised by the Middle District of Pennsylvania while he receives outpatient treatment. Pretrial services and the Government consent to this request.

On February 27, 2020, Mr. Brito was presented in Magistrate Court and the defense reserved its bail argument; Mr. Brito was detained. On March 16, 2020, at the defense's request, Magistrate Court held a contested bail hearing for Mr. Brito. Magistrate Judge Stewart D. Aaron denied bail; Mr. Brito remained incarcerated at the Metropolitan Correctional Center.

On April 3, 2020, with the consent of the Government, the Court granted Mr. Brito bail. Doc. 12. The following bail conditions were set and subsequently met:

> $25,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial supervision as directed, with monitoring for the first 14 days of release by voice verification over a land line, a third party custodian, daily FaceTime check-in; return to the Pretrial Services Office for the installation of electronic monitoring equipment; surrender of travel documents with no new applications and travel restricted to the Southern District of New York and the Eastern District of New York.

On April 8, 2020, Mr. Brito reported to the Pretrial Services Office and was enrolled in location monitoring. On May 11, 2020, the Court granted the parties' joint request for removal of GPS location monitoring as a condition of Mr. Brito's release. Doc. 16.

On February 3, 2021, the defense provided the Court with an update concerning Mr. Brito's health. Doc. 28. As the defense noted, Mr. Brito was receiving residential treatment in Pennsylvania following his hospitalization in New York City in late December 2020. On February 8, 2021, with consent of the defense and the Government, Pretrial Services requested that Mr. Brito's bail be modified to include substance abuse testing/treatment and mental health treatment as directed by Pretrial Services and an expansion of travel restrictions to include Pennsylvania for treatment related purposes only. On February 10, 2021, the Court endorsed Pretrial's letter to the Court and modified Mr. Brito's conditions of release as requested. Doc. 31.

On March 11, 2021, Mr. Brito successfully completed residential treatment in Pennsylvania. After consulting with the counselors at his program, defense counsel and Pretrial Services, Mr. Brito decided to remain in Pennsylvania and reside with his significant other in Franklin County, Pennsylvania while he receives outpatient treatment at a facility 15 minutes away. Accordingly, the defense respectfully requests that the Court modify Mr. Brito's conditions of release to allow him to reside in Pennsylvania and be supervised by the Middle District of Pennsylvania. Pretrial Services and the Government consent to this request.

Granted

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

SO ORDERED:     3/23/21

Kimba M. Wood

**HONORABLE KIMBA M. WOOD**
United States District Judge

cc:     Peter Davis, Assistant U.S. Attorney
        Vincent Adams, U.S. Pretrial Services Officer

2