UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21

     -against

JONAS ANTONIO BRITO,

                             Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 200 (KMW)

KIMBA M. WOOD, District Judge:

     The Court has received the defendant's Motion to Dismiss the Indictment.

     In order to allow the Court time to review the defendant's Motion, the conference in this

matter, currently scheduled for May 3, 2021, is adjourned to June 2, 2021, at 10:30 a.m.

Dated: New York, New York
       April 26, 2021

                                  KIMBA M. WOOD
                     UNITED STATES DISTRICT JUDGE