UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

JONAS ANTONIO BRITO,

                      Defendant.

-------------------------------------------------------------------x

**ORDER**
20 CR 200 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/21

KIMBA M. WOOD, District Judge:

    The Court denies the defendant's Motion to Dismiss the Indictment.

    Opinion to follow.

    SO ORDERED.

Dated: New York, New York
        May 20, 2021

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE