UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/21

    -against                                  **ORDER**

JONAS ANTONIO BRITO,                  20 CR 200 (KMW)

                            Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference on June 2, 2021, at 10:30 a.m. Members of the

press and public who wish to join the proceedings should dial 917-933-2166 and enter

Conference ID 305794630. All members of the press and public who join the proceeding must

do so with their telephones on mute.

      SO ORDERED.

Dated: New York, New York
       May 25, 2021

                              _____
                                 KIMBA M. WOOD
                        UNITED STATES DISTRICT JUDGE