```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
          - v. -                     :
                                     :
JONAS BRITO,                         :
                                     :
                    Defendant.       :
                                     :
- - - - - - - - - - - - - - - - - - x
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/21
```

ORDER

20 Cr. 200 (KMW)

WHEREAS, defendant JOSE ANTONIO BRITO requests to enter a guilty plea before Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and because delaying the plea will not be in the interest of efficiency or in the interest of the defendant who wishes to enter a plea agreement with the Government, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
October 22, 2021

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK