UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/21
```

------------------------------ x

UNITED STATES OF AMERICA

- v. -

JONAS BRITO,

Defendant.

------------------------------ x

[PROPOSED] ORDER

20 Cr. 200 (KMW)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Kevin Nathaniel Fox on November 12, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the *Pimentel* letter from the Government was transmitted to the District Court; and

WHEREAS, upon review of that transcript, plea agreement, and the record in this case, including the remote proceeding before Judge Moses on October 29, 2021, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         Nov. 17, 2021

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK