<u>**MEMORANDUM**</u>

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/22
```

TO:   Honorable Kimba M. Wood
      U.S. District Judge

FROM: Viosanny Harrison
      U.S. Pretrial Services Officer

RE: Jonas Antonio Brito
DOCKET #: 1:20-cr-00200-KMW-1

The attached memorandum was prepared by Pretrial Services Officer:

**Viosanny Harrison**                                    212-805-4317

Name                                                     Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

      Courtroom # _____ on _____ at _____ .
                              Date            Time

[ ]   So Ordered: _____

[✓]   I request that a Bail Review Hearing be conducted by:

      [✓]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____ at his/her earliest convenience.
                    Judicial Officer

SO ORDERED: N.Y., N.Y.  4/25/22

*/s/ Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.